**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

_____

**No. 14-7525**

_____

KARIM ABDUL AKBAR,

                    Plaintiff - Appellant,

          v.

P.E.R.T. OFFICERS,

                    Defendant – Appellee,

          and

JOYCE     KORNEGAY,   Commander;   MR.      MOBELY,    Assistant
Superintendent   of   Programs;   JOHNNY   HAWKINS,   Assistant
Superintendent of Custody,

                    Defendants.

_____

Appeal from the United States District Court for the Eastern
District of North Carolina, at Raleigh.   Louise W. Flanagan,
District Judge. (5:12-ct-03233-FL)

_____

Submitted: January 15, 2015          Decided:  January 21, 2015

_____

Before WILKINSON and NIEMEYER, Circuit Judges, and DAVIS, Senior
Circuit Judge.

_____

Dismissed by unpublished per curiam opinion.

_____

Karim Abdul Akbar, Appellant Pro Se.  Kimberly D. Grande, NORTH
CAROLINA DEPARTMENT OF JUSTICE, Raleigh, North Carolina, for

Appellee.

_____

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Karim Abdul Akbar seeks to appeal the district court's order directing the Defendants in his 42 U.S.C. § 1983 (2012) action to respond to his amended motion for discovery and holding in abeyance the motions for discovery. This court may exercise jurisdiction only over final orders, 28 U.S.C. § 1291 (2012), and certain interlocutory and collateral orders, 28 U.S.C. § 1292 (2012); Fed. R. Civ. P. 54(b); Cohen v. Beneficial Indus. Loan Corp., 337 U.S. 541, 545-46 (1949). The order Akbar seeks to appeal is neither a final order nor an appealable interlocutory or collateral order. Accordingly, we dismiss the appeal for lack of jurisdiction. We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before this court and argument would not aid the decisional process.

DISMISSED

3